DORA WOLFSON, Appellant, v. WALTER SCOTT and MARTHA SCOTT, Respondents. JACOB WOLFSON, Appellant, v. WALTER SCOTT and MARTHA SCOTT, Respondents.—Action by Dora Wolfson to recover for personal injuries arising out of an automobile collision, and by Jacob Wolfson, her husband, to recover damages for loss of services and for expenses incurred for medical attention. The actions were consolidated and tried together. Plaintiffs appeal from judgments entered in favor of the defendants. Judgment in each case affirmed, with costs. No opinion. Hagarty, Davis and Johnston, JJ., concur; Lazansky, P. J., and Young, J., dissent upon the ground that the determination of the jury was against the weight of the evidence.

ROGER A. ZELTMACHER, Respondent, v. MICHAEL J. MULLALLY and NELLIE L. MULLALLY, Appellants.—Appellants brought an action to cancel two second mortgages on the ground of usury, and respondent brought an action to foreclose one of the mortgages. The actions were consolidated. Judgment was entered against appellants by default. The appeal is from the order denying their motion to open their default. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

TRANSIT COMMISSION, Being the METROPOLITAN DIVISION OF THE DEPARTMENT OF PUBLIC SERVICE, Petitioner-Respondent, v. THE LONG ISLAND RAILROAD COMPANY, Appellant; THE CITY OF NEW YORK, Intervenor-Respondent.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 749.] The following question is certified: On this record as applied to defendant The Long Island Railroad Company, should the Special Term have granted the injunction herein? Motion for a stay denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.